UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRWIN MOSKOWITZ, | ) | No. CV 12-3736 FFM |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 14, 2013

          /S/ FREDERICK F. MUMM
          FREDERICK F. MUMM
          United States Magistrate Judge